**Motions Dismissed; Stay Lifted; Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 18, 2024.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-23-00671-CV**

**IN RE C&J WELL SERVICES, INC.; C&J WELL SERVICES, INC. D/B/A C&J ENERGY SERVICES; C&J ENERGY SERVICES, INC.; NEXTIER OILFIELD SOLUTIONS, INC. F/K/A C&J ENERGY SERVICES, INC.; NEXTIER COMPLETION SOLUTIONS, INC.; BASIC ENERGY SERVICES, INC. D/B/A BES HOLDINGS CO.; BASIC ENERGY SERVICES, L.P.; BASIC ENERGY SERVICES GP, L.L.C.; AND GENARO GONZALES, Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-24324**

**MEMORANDUM OPINION**

On September 11, 2023, relators C&J Well Services, Inc.; C&J Well Services, Inc. d/b/a C&J Energy Services; C&J Energy Services, Inc.; Nextier Oilfield Solutions, Inc. f/k/a C&J Energy Services, Inc.; Nextier Completion Solutions, Inc.; Basic Energy Services, Inc. d/b/a Bes Holdings Co., Basic Energy Services, L.P.; Basic Energy Services GP, L.L.C., and Genaro Gonzales, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to vacate the trial court's August 29, 2023 order quashing the hearings on relators' motions for summary judgment, and order the trial court to rule on relators' motions for summary judgment prior to trial.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for a writ of mandamus. We dismiss as moot all pending motions. We lift this Court's November 14, 2023 order staying the underlying trial proceedings.


PER CURIAM

Panel consists of Justices Jewell, Poissant, and Wilson.